UNITED STATES DISTRICT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARY L. SMITH, Personal
Representative of the Estate of
Rose Mary Washam, Deceased,

       Plaintiff,

v

       Case No. 2:05 CV 71194
       Judge Nancy G. Edmunds

AU SABLE VALLEY COMMUNITY
MENTAL HEALTH SERVICES,

       Defendant.
_____/

| Joseph F. Lucas (P23595) | Patrick A. Aseltyne (P23293) |
|---|---|
| Skupin & Lucas, P.C. | Johnson, Rosati, LaBarge, Aseltyne & Field, P.C. |
| Attorney for Plaintiff | Attorney for Defendants AVCMHS |
| 155 W. Congress, Suite 350 | 303 S. Waverly Road |
| Detroit, MI 48226 | Lansing, MI 48917 |
| (313) 961-0425 | (517) 886-3800 |

_____/

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

    IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs, including attorney fees.

               s/Nancy G. Edmunds
               Nancy G. Edmunds
               United States District Judge

Dated: June 12, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2007, by electronic and/or ordinary mail.

               s/Carol A. Hemeyer
               Case Manager

Approved for Entry:

| /s/ Joseph F. Lucas | /s/ Patrick A. Aseltyne |
| --- | --- |
| Joseph F. Lucas (P23595) | Patrick A. Aseltyne (P23293) |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: June 11, 2007        Dated: June 11, 2007