# United States District Court
# Eastern District of Michigan

## Notice of Failure to Comply With Electronic Filing Policies and Procedures Directed to
## Joseph F. Lucas

On _____June 12, 2007_____, an electronic **"Delivery Failure Report"** was received by the court after an entry was made on the court record in case number _____05-71194_____.  Failure to provide the court with a correct e-mail address is a violation of the **Electronic Filing Policies and Procedures R3 (c).  Rule 3 Eligibility, Registration, Passwords states:**

(a)  A filing user must be an attorney admitted to practice in the Eastern District of Michigan or be an attorney authorized to represent the United States Government, and be a member in good standing.

(b)  Each filing user must complete and submit the ECF Attorney Registration Form https://secure.mied.uscourts.gov/ECF/ecfprereg.html.  Effective September 19, 2005, filing users must complete mandatory ECF Training.

**(c)  Each filing user must promptly notify the Court when any information submitted on the ECF Registration Form changes by e-filing a Notice of Change of Electronic Filing Registration Information (EXHIBIT A to Electronic Filing Policies and Procedures) in each of his/her open cases.  Service upon an obsolete e-mail address will constitute valid service if the user has not notified the Court of a new e-mail address**.

This notice will be entered on the court record under the provisions of LR 11.1. **Sanctions may be imposed if additional violations occur after this date.**

---

**LR 11.1 Sanctions for Non-Compliance with Local Rules**
If, after notice and a reasonable opportunity to respond, the Court determines that a provision of these Local Rules has been knowingly violated, the Court may impose an appropriate sanction upon the attorneys, law firms, or parties that have violated the Local Rule or are responsible for the violation. The procedures for imposing sanctions and the nature of sanctions shall be as set out in Fed. R. Civ. P. 11(c). For purposes of this rule, references in Fed. R. Civ. P. 11(c) to violations of "subdivision (b)" are deemed to be references to violations of the Local Rules, and Fed. R. Civ. P. 11(c)(2)(A) does not apply.

---

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date, by electronic and/or ordinary mail.

DAVID J. WEAVER, CLERK OF COURT

By:   s/Denise A. Hamel_____
Deputy Clerk

Dated: _June 13, 2007_____

# Delivery Failure Report

**Your document:** Activity in Case 2:05-cv-71194-NGE-DAS Smith v. Au Sable Valley Community Mental Health Services et al Order Dismissing Case

**was not delivered to:** patorth@skupinlucas.com

**because:** 5.1.0 - Unknown address error 550-'5.1.1 User unknown' (delivery attempts: 0)

### What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.

- Once you have resent the document you may delete this Delivery Failure Report.

- If resending the document is not successful you will receive a new failure report.

- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

| Routing path |
|---|
| CA06HUB01/H/06/USCOURTS, 06MIEMAIL01a/M/06/USCOURTS |

To: cmecfadmin@mied.uscourts.gov

cc:

Date: 04:00:20 PM AST Yesterday

Subject: Activity in Case 2:05-cv-71194-NGE-DAS Smith v. Au Sable Valley Community Mental Health Services et al Order Dismissing Case

```
This is an automatic e-mail message generated by the CM/ECF system. Please DO
NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO
PUBLIC ACCESS USERS*** You may view the filed documents once without charge.
To avoid later charges, download a copy of each document during this first
viewing.
U.S. District Court
Eastern District of Michigan

Notice of Electronic Filing
The following transaction was entered  on 6/12/2007 4:00 PM EDT and filed
on 6/12/2007

Case Name: Smith v. Au Sable Valley Community Mental Health Services et al

Case Number: 2:05-cv-71194
http://ecf.mied.uscourts.gov/cgi-bin/DktRpt.pl?199937

Filer:
WARNING: CASE CLOSED on 06/12/2007

Document Number: 63
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
http://ecf.mied.uscourts.gov/cgi-bin/show_case_doc?63,199937,,73112972,,,186

Docket Text:
```

STIPULATION AND ORDER DISMISSING CASE Signed by Honorable Nancy G Edmunds.
 (CHem)
2:05-cv-71194 Notice has been electronically mailed to:
Patrick A. Aseltyne
paseltyne@jrlaf.com,
sherrick@jrlaf.com

Kenneth G. Galica
kgalica@cmda-law.com,
dvansteenis@cmda-law.com

Joseph F. Lucas
patorth@skupinlucas.com


Patrick R. Sturdy
psturdy@cmda-law.com



2:05-cv-71194 Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1047317467 [Date=6/12/2007] [FileNumber=2103966-0]
[0405e7dbd91878e1bc20b9b6765c08afaedc81dc6b11497e3a7a57563293b591800f677655bcd
d2604f779af246d99a499781fdc716e578814cf9ff2de636662]]